RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/13/11
BY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ROBERT C. JONES | CIVIL ACTION NO. 3:10-cv-1075 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN NEWCOMER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus*, filed pursuant to 28 U.S.C. §2241, be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

MONROE, LOUISIANA, this 12 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE